# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DEWAYNE JONES, | ) | NO. CV 14-00077-DDP (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, BIDER, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 20, 2014

DEAN DE. PREGERSON
UNITED STATES DISTRICT JUDGE